IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

JONATHAN DOMINGUEZ-
VALLADARES,

Defendant.

SEALED
Case No. 26-mj-121

---

COMPLAINT FOR VIOLATION OF TITLE 8,
UNITED STATES CODE, SECTION 1326

---

BEFORE United States Magistrate Judge
Anita Marie Boor

United States District Court
120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

On or about August 9, 2025, in the Western District of Wisconsin, the defendant,

JONATHAN DOMINGUEZ-VALLADARES,

an alien, was found in the United States after having been removed, and not having

obtained the express consent of the United States Attorney General or the Secretary of

Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326).

This complaint is based on the attached affidavit of Homeland Security

Investigations Special Agent Thomas M. Koch.


/s/
THOMAS M. KOCH, Special Agent
Homeland Security Investigations


Sworn to me telephonically this __16th__ day of April 2026.


/s/ Anita Marie Boor
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

COUNTY OF DANE          )
                                   ) ss

STATE OF WISCONSIN     )

## AFFIDAVIT

I, Thomas M. Koch, first being duly sworn under oath, hereby depose and state as follows:

1.      I am a Special Agent with Homeland Security Investigations (HSI), an investigative branch of the United States Department of Homeland Security (DHS) and have been so employed since July 2019.  I am employed by the DHS as a designated Immigration Officer since August 2010, first as a Border Patrol Agent with the United States Border Patrol, next as a Marine Interdiction Agent with Air and Marine Operations, and then as a Deportation Officer with Immigration and Customs Enforcement (ICE).  I have conducted numerous investigations involving both criminal and administrative violations of federal laws, including immigration and customs violations.

2.      This affidavit is submitted in support of an application for a complaint charging JONATHAN DOMINGUEZ-VALLADARES with violating Title 8, United States Code, Section 1326, as he is an alien and was found in the United States after having been removed, and not having obtained the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

3.      This affidavit is based upon my personal involvement in this investigation, my training and experience, my review of relevant evidence, as well as information supplied to me by other law enforcement officers.  It does not include each

and every fact known to me about this investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

4.    On August 9, 2025, DOMINGUEZ-VALLADARES was arrested by the Trempealeau County Sheriff's Office and booked into the Trempealeau County Jail in Whitehall, Wisconsin.  He was charged in Case No. 25CT103 with Operating While Intoxicated (2nd), Operating with a Prohibited Alcohol Concentration (2nd), Resisting or Obstructing an Officer, and Operating While Revoked (Revoked due to Alcohol/Controlled Substance/Refusal), and Ignition Interlock Device Tampering/Failure to Install/Violate Court Order in Trempealeau County.

5.    At the time of booking at the Trempealeau County Jail, DOMINGUEZ-VALLADARES's fingerprints and photograph were taken and electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT).  IAFIS is a national fingerprint and criminal history system maintained by the Department of Justice, Federal Bureau of Investigation (FBI)'s Criminal Justice Information Services (CJIS) Division and provides automated fingerprint search capabilities, latent search capabilities, electronic image storage, and electronic exchange of fingerprints and responses.  IDENT is the central DHS system for storage and processing of biometric and associated biographic information for national security; law enforcement; immigration and border management.

6.    After DOMINGUEZ-VALLADARES's fingerprints were submitted to Department of Justice and Department of Homeland Security databases by the

2

Trempealeau County Jail, they were electronically matched to FBI# ending in 9DH3 and are now associated with his criminal history and Alien Registration # ending in 6 810.

7.    I reviewed documents from the Alien Registration File A# ending in 6 810 which is the A-File assigned to DOMINGUEZ-VALLADARES.  Documents within the A-File indicate that FBI# ending in 9DH3 has been assigned to DOMINGUEZ-VALLADARES as a result of his previous arrests by federal, state, and local law enforcement agencies.  An A-File is a file created by DHS or its legacy agencies and is used to document aliens' interactions with the Federal government during their immigration proceedings.  They include all of an individual's official immigration and naturalization records and are identified by a unique A-Number.  Documents within DOMINGUEZ-VALLADARES's A-File as well as DHS databases indicate the following information:

a.    On or about February 24, 2015, the U.S. Border Patrol (USBP) arrested DOMINGUEZ-VALLADARES at or near Encinal, Texas after he illegally entered the United States from Mexico.  At the time of his arrest by the USBP, DOMINGUEZ-VALLADARES stated he was a citizen and national of Mexico.  On February 25, 2015, DOMINGUEZ-VALLADARES was ordered removed from the United States to Mexico by a Designated Official.  On February 26, 2015, DOMINGUEZ-VALLADARES was removed from the United States to Mexico via Laredo, Texas.

8.    I have reviewed records checks of federal databases which indicate that DOMINGUEZ-VALLADARES has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after having been previously removed.

9.      Based on the foregoing, I submit there is probable cause to believe that on or about August 10, 2025, DOMINGUEZ-VALLADARES violated Title 8, United States Code, Section 1326.  Accordingly, I respectfully request that the Court issue a complaint charging DOMINGUEZ-VALLADARES with that crime.


_____/s/_____
THOMAS M. KOCH, Special Agent
Homeland Security Investigations


Sworn to me telephonically this __16th__ day of April 2026.


_/s/ Anita Marie Boor_____
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

4